1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JODI L. CRANE,

11              Plaintiff,                    No. CIV S-12-0317 GGH P

12        vs.

13    FERNANDO FERNANDEZ,

14              Defendants.                   ORDER FOR PAYMENT

15    _____/       OF INMATE FILING FEE

16    To:  The Sheriff of Siskiyou County, Attention:  Inmate Trust Account, 315 S. Oregon Street,

17    Yreka, CA 96097:

18              Plaintiff, a county jail inmate proceeding in forma pauperis, is obligated to pay the

19    statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of

20    20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the

21    average monthly balance in plaintiff's trust account for the 6-month period immediately

22    preceding the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial

23    filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent

24    of the preceding month's income credited to plaintiff's trust account.  The Siskiyou County

25    Sheriff is required to send to the Clerk of the Court the initial partial filing fee and thereafter

26    payments from plaintiff's inmate trust account each time the amount in the account exceeds

1

1    $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

2           Good cause appearing therefore, IT IS HEREBY ORDERED that:

3           1.  The Sheriff of Siskiyou County or a designee shall collect from plaintiff's

4    inmate trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. §

5    1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court.  The

6    payment shall be clearly identified by the name and number assigned to this action.

7           2.  Thereafter, the Sheriff of Siskiyou County or a designee shall collect from

8    plaintiff's inmate trust account monthly payments from plaintiff's trust account in an amount

9    equal to twenty percent (20%) of the preceding month's income credited to the inmate's trust

10   account and forward payments to the Clerk of the Court each time the amount in the trust account

11   exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this

12   action has been paid in full.  The payments shall be clearly identified by the name and number

13   assigned to this action.

14          3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

15   plaintiff's signed in forma pauperis affidavit on The Sheriff of Siskiyou County, Attention:

16   Inmate Trust Account, 315 S. Oregon Street, Yreka, CA 96097

17          4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

18   Department of the court.

19   DATED: April 9, 2012

20                              /s/ Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE
21

22   cran0317.cdc

23

24

25

26