IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JODI L. CRANE,

      Plaintiff,                      No. CIV S-12-0317 GGH P

   vs.

FERNANDO FERNANDEZ,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. The original complaint was dismissed with leave to amend and there are still no cognizable claims in this action where plaintiff states she fell down some stairs and a guard did not come to her aid. At this stage in the litigation, counsel is not warranted. Plaintiff's motion for the appointment of counsel will therefore be denied without prejudice.

1 Accordingly, IT IS HEREBY ORDERED that plaintiff's April 19, 2012 motion
2 for the appointment of counsel (Docket No. 11) is denied.

3 DATED: April 30, 2012

4 /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:mp
cran0317.31