IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JODI L. CRANE,

    Plaintiff,                  No. 2:12-cv-0317 GGH P

    vs.

FERNANDO FERNANDEZ,

    Defendant.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se seeks relief pursuant to 42 U.S.C. § 1983. This case is before the undersigned pursuant to plaintiff's consent. Doc. 5. On April 9, 2012, plaintiff's original complaint was dismissed and plaintiff was provided 28 days to file an amended complaint or else this case would be dismissed. That time period has passed and plaintiff has still not filed an amended complaint or otherwise communicated with the court.

        Accordingly, IT IS HEREBY ORDERED that this action be dismissed for the reasons set forth in the April 9, 2012, screening order and for failure to follow court instructions. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: September 24, 2012

                            /s/ Gregory G. Hollows
                       UNITED STATES MAGISTRATE JUDGE

GGH:AB
cran0317.fta